```
Court Name: United States District Court
Division: 1
Receipt Number: 14683058224
Cashier ID: sbrown
Transaction Date: 04/07/2016
Payer Name: CHRISTIAN ADAMS
------------------------------------
CIVIL FILING FEE
 For: CHRISTIAN ADAMS
 Amount:      $400.00
------------------------------------
CREDIT CARD
 Amt Tendered: $400.00
------------------------------------
Total Due:       $400.00
Total Tendered:  $400.00
Change Amt:      $0.00

FILING FEE
116CV394
```