IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

APPLICATION TO QUALIFY AS A FOREIGN ATTORNEY UNDER LOCAL CIVIL RULE 83.1(D) AND LOCAL CRIMINAL RULE 57.4

In Case Number __Civ. No. 16-394__, Case Name __Virginia Voter's Alliance et al. v. Leider__
Party Represented by Applicant: __Virginia Voter's Alliance and David Norcross__

To: The Honorable Judges of the United States District Court for the Eastern District of Virginia

PERSONAL STATEMENT

FULL NAME (no initials, please) __Noel Henry Johnson__
Bar Identification Number __1068004__      State __Wisconsin__
Firm Name __Public Interest Legal Foundation__
Firm Phone # __317-203-5599__       Direct Dial # __Ext. 103__       FAX # __888-815-5641__
E-Mail Address __njohnson@publicinterestlegal.org__
Office Mailing Address __209 W. Main Street, Plainfield, IN 46168__

Name(s) of federal court(s) in which I have been admitted __Eastern District of Wisconsin, USCA for the 4th, 8th, 9th, 10th & D.C. Circuits__

I certify that the rules of the federal court in the district in which I maintain my office extend a similar *pro hac vice* admission privilege to members of the bar of the Eastern District of Virginia.

I have not been reprimanded in any court nor has there been any action in any court pertaining to my conduct or fitness as a member of the bar.

I hereby certify that, within ninety (90) days before the submission of this application, I have read the Local Rules of this Court and that my knowledge of the Federal Rules of Civil Procedure, the Federal Rules of Criminal Procedure, and the Federal Rules of Evidence is current.

I am ____ am not __X__ a full-time employee of the United States of America, and if so, request exemption from the admission fee.

(Applicant's Signature)

I, the undersigned, do certify that I am a member of the bar of this Court, not related to the applicant; that I know the applicant personally, that the said applicant possesses all of the qualifications required for admission to the bar of this Court; that I have examined the applicant's personal statement. I affirm that his/her personal and professional character and standing are good, and petition the court to admit the applicant *pro hac vice*.

(Signature)                                    4-20-16
John Christian Adams                           (Date)
(Typed or Printed Name)                        42543
                                               (VA Bar Number)

Court Use Only:

Clerk's Fee Paid __✓__   or Exemption Granted _____

The motion for admission is GRANTED __✓__ or DENIED _____

/s/
Leonie M. Brinkema
United States District Judge

April 25, 2016
(Date)