IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria

VIRGINIA VOTER'S ALLIANCE, Inc.,
and DAVID NORCROSS

    Plaintiffs

v.                                    Civil Action No. 16-394

ANNA J. LEIDER, in her official capacity as
General Registrar for the City of Alexandria,

    Defendant.

## ANNA J. LEIDER'S MOTION TO DISMISS PURSUANT TO RULES 12(b)(1) and 12(b)(6)

COMES NOW Anna J. Leider ("Defendant"), in her official capacity as General Registrar for the City of Alexandria, by counsel, and pursuant to Rules 12(b)(1) and 12(b)(6) of the Federal Rules of Civil Procedure, moves this Court to dismiss Plaintiffs' Complaint with prejudice. The reasons for dismissal are set forth in Defendant's accompanying Memorandum of Law.

                                        Respectfully submitted,

                                        ANNA J. LEIDER, in her official capacity as
                                        General Registrar for the City of Alexandria

                                        By: _____/s/_____
                                                  Counsel

William W. Tunner, Esq. (VSB No. 38358)
David N. Gustin, Esq. (VSB No. 86350)
ThompsonMcMullan
100 Shockoe Slip
Richmond, VA  23219-4140
Phone: (804) 649-6205
Fax: (804) 780-1813
E-mail: wtunner@t-mlaw.com
E-mail: dgustin@t-mlaw.com
*Counsel for Defendant, Anna J. Leider*

2

## **CERTIFICATE OF SERVICE**

  I hereby certify that on the 29th day of April, 2016, a true and accurate copy of the foregoing Motion was served via First Class U.S. Mail (postage prepaid), via email and/or via the Electronic Case Filing (ECF) system, as appropriate and as indicated, on the following parties.

J. Christian Adams (VSB#42543)
Noel H. Johnson
Public Interest Legal Foundation
209 W. Main Street
Plainfield, IN 46168
Phone: (317) 203-5599
Fax: (888) 815-5641
E-mail: adams@publicinterestlegal.org
E-mail: njohnson@publicinterestlegal.org

                 /s/
               William W. Tunner