


# OFFICE OF VOTER REGISTRATION AND ELECTIONS
## ALEXANDRIA, VIRGINIA

*Integrity • Neutrality • Transparency • Accuracy*

REGISTRAR OF VOTERS
ANNA J. LEIDER

ELECTIONS ADMINISTRATOR
ERIC L. SPICER

ELECTORAL BOARD
SUSAN B. KELLOM
DONALD E. LEDWIG
JOHN F. "JACK" POWERS

February 9, 2016
Sent Via Certified Mail

Reagan G. George
President
Virginia Voters Alliance
PO Box 221581
Chantilly, VA 20153

Dear Mr. George:

We have received your letter of January 25 in which you assert, based on a comparison of information from the US Census Bureau and the Election Assistance Commission, that Alexandria is failing to comply with Section 8 of the National Voter Registration Act (NVRA).

I want to assure you that the City is in compliance with NVRA and works closely with the Virginia Department of Elections to carry out all required list maintenance activities. For more information on source agencies used by the state for daily, weekly, monthly and annual list maintenance, you will need to contact the Virginia Department of Elections directly.

In addition, I think your conclusion that Alexandria has more voters on its registration rolls than it has eligible living citizen voters could be based on old or faulty data. Currently, about 65% of Alexandria's voting age population is registered to vote.

- U.S. Census Bureau estimates from July 1, 2014 put the total population of Alexandria at 150,575. Of that number, 123,834 were over the age of 18 (59,313 men and 64,521 women).

- The Weldon Cooper Center for Public Service Demographics Research Group estimates that as of July 1, 2015, Alexandria's total population grew to 159,571. I do not have a breakdown of that number by age.

- As of February 1, 2016 Alexandria had 79,122 Active Registered Voters.

132 NORTH ROYAL STREET, SUITE 100    ALEXANDRIA, VIRGINIA 22314-3283    703.746.4050    FAX
www.alexandriavoter.org



It is difficult to address the concerns raised in your letter without additional information about the specific reports and information you relied on to reach your conclusions. For example, was there a particular chart or data set in the "2014 EAC Report" that supports your claims?

Once we receive this information, we will be more than willing to meet with your representatives.

Sincerely,

Anna Leider
General Registrar

cc: Edgardo Cortes (ELECT)





## Anna Leider

**From:** Anna Leider
**Sent:** Tuesday, February 09, 2016 4:11 PM
**To:** 'rgeorge137@cox.net'
**Subject:** Response to your letter of January 25, 2016
**Attachments:** vva_20160209165818.PDF

Mr. George,

I have sent you a certified letter in response to your letter of January 25. A copy of that response is attached.

Once we receive a bit more information about the source of your concerns, we will be pleased to discuss them with you. Transparency always serves the electoral system well.

Sincerely,

Anna Leider
General Registrar
Office of Voter Registration and Elections
City of Alexandria
132 North Royal Street, Suite 100
Alexandria, Virginia 22314

703.746.4050; Direct: 703.746.4527; Fax 703.838.6449
Anna.Leider@alexandriava.gov
www.alexandriavoter.org