**United States District Court**
**Eastern District of Virginia**
**Alexandria Division**

| | |
|---|---|
| **VIRGINIA VOTER'S ALLIANCE and DAVID NORCROSS**<br><br>*Plaintiffs*,<br><br>*v.*<br><br>**ANNA J. LEIDER, in her official capacity as General Registrar for the City of Alexandria**<br><br>*Defendant*. | Civ. No. 16-394-LBM/MSN |

## Opposition to Anna J. Leider's
## Motion to Dismiss Pursuant to Rules 12(b)(1) and 12(b)(6)

Plaintiffs Virginia Voter's Alliance ("VVA") and David Norcross, through counsel, file

this opposition to Defendant Anna J. Leider's Motion to Dismiss Pursuant to Rules 12(b)(1) and

12(b)(6). (Dkt. 8.)


Dated: May 10, 2016                    Respectfully submitted,

For the Plaintiffs Virginia Voter's Alliance and David Norcross:


                    _____/s/ J. Christian Adams_____
                    J. Christian Adams (Va. Bar # 42543)
                    Noel H. Johnson*
                    PUBLIC INTEREST LEGAL FOUNDATION
                    209 W. Main Street
                    Plainfield, IN 46168
                    Tel: (317) 203-5599
                    Fax: (888) 815-5641
                    adams@publicinterestlegal.org
                    njohnson@publicinterestlegal.org
                    *Pro Hac Vice application granted*

1

## CERTIFICATE OF SERVICE

I hereby certify that on the 10th day of May, 2016, a true and correct copy of the

foregoing Opposition to Anna J. Leider's Motion to Dismiss Pursuant to Rules 12(b)(1) and

12(b)(6) on all parties via this Court's ECF system, which notified the following counsel of

record:

William W. Tunner, Esq. (VSB No. 38358)
David N. Gustin, Esq. (VSB No. 86350)
ThompsonMcMullan
100 Shockoe Slip
Richmond, VA 23219-4140
Phone: (804) 649-6205
Fax: (804) 780-1813
E-mail: wtunner@t-mlaw.com
E-mail: dgustin@t-mlaw.com
*Counsel for Defendant, Anna J. Leider*