

**Exhibit 6**

The following transaction was entered on 5/9/2016 at 11:00 AM CDT and filed on 5/5/2016

**Case Name:** American Civil Rights Union v. Montalvo

**Case Number:** 7:16-cv-00103

**Filer:**

**Document Number:** No document attached

**Docket Text:**
**Minute Entry for proceedings held before Chief Judge Ricardo H Hinojosa. INITIAL PRETRIAL CONFERENCE held on 5/5/2016. Case called on the docket. Mr. Coates attended telephonically. Parties addressed [6] Motion to Dismiss for Failure to State a Claim. After considering arguments of counsel, the Court denied [6] Motion to Dismiss for Failure to State a Claim. The Court ordered parties to provide dates to the Court for next scheduled hearing. Appearances: H. Christopher Coates, Eric Wiesehan, Phillip L Ledbetter.(ERO:Tony Tijerina (2:48 / 3:21-3:54), filed.(adelagarza, 7)**


**7:16-cv-00103 Notice has been electronically mailed to:**

Eric Magee      e.magee@allison-bass.com, allison.bass@allison-bass.com, secretary@allison-bass.com

Eric Wiesehan      eric@wiesehanlaw.com

James P Allison      j.allison@allison-bass.com

Kaylan L Phillips      kphillips@publicinterestlegal.org

Phillip L Ledbetter      p.ledbetter@allison-bass.com, allison.bass@allison-bass.com, secretary@allison-bass.com

**7:16-cv-00103 Notice has not been electronically mailed to:**

H. Christopher Coates
934 Compass Point
Charleston, SC 29412