# CIVIL MOTION MINUTES

Date: 06/17/16                                Judge: Brinkema
                                              Reporter: N. Linnell

Time: 10:23am – 10:47am


Civil Action Number: 1:16cv394

Virginia Voter's Alliance, Inc. et al  vs.  Anna J. Leider

Appearances of Counsel for      (X) Pltf      (X) Deft

Motion to/for:
 #8 Deft Motion to Dismiss
 #19 Deft Motion to Intervene


Argued &
(X) Granted    ( ) Denied ( ) Granted in part/Denied in part
( ) Taken Under Advisement ( ) Continued to

Pltf given leave to file amended complaint




( ) Memorandum Opinion to Follow

(X) Order to follow