IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| VIRGINIA VOTER'S ALLIANCE, INC. and DAVID NORCROSS, </br></br>   Plaintiffs, </br></br> v. </br></br> ANNA J. LEIDER, </br> in her official capacity as General Registrar for the City of Alexandria, </br></br>   Defendant. | ) ) ) ) ) ) 1:16-cv-394 (LMB/MSN) ) ) ) ) ) ) |

## ORDER

For the reasons stated in open court, the Motion of the League of Women Voters of Virginia to Intervene [Dkt. No. 19] and Anna J. Leider's Motion to Dismiss Pursuant to Rule 12(b)(1) and 12(b)(6) are GRANTED, and it is hereby

ORDERED that this civil action be and is DISMISSED WITHOUT PREJUDICE. Plaintiffs will be permitted to file an Amended Complaint, but only after conducting an appropriate pre-filing investigation.

The Clerk is directed to forward copies of this Order to counsel of record.

Entered this 17 day of June, 2016.

Alexandria, Virginia

/s/
Leonie M. Brinkema
United States District Judge